# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-13 | E1802646 | MATSUO | 9642 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/22/2023 2:32 AM
Offense Charged: ☐ CFR ☐ USC ☒ State Code: CVC 23152(A)

Place of Offense: NAVAL BASE SAN DIEGO, GATE 43, SAN DIEGO, CA 92136

Offense Description: Factual Basis for Charge — HAZMAT ☐
DUI - IMPAIRMENT / UNDER THE INFLUENCE OF AN ALCOHOLIC BEVERAGE

### DEFENDANT INFORMATION

Last Name: CARTER
First Name: SEAN
Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9HGK018 | CA | 24 | NISSAN MAXIMA | | BLUE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 WEST BROADWAY, SAN DIEGO, CA 92101
Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy


*E1802646*

---

(For issuance of an arrest warrant or summons)

I state that on OCTOBER 22ND, 20 23 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/22/2023    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident